IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO, and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, THE CONSTRUCTION INDUSTRY ADVANCEMENT PROGRAM OF WESTERN PA FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN L. TABB and DOREEN M. TABB i/a/t/d/b/a K & D STEEL CONSTRUCTION,<br><br>Defendants. | Civil Action No. 04-1801<br><br>Chief Judge Donetta W. Ambrose |

### ORDER OF COURT

AND NOW, this _7th_ day of _July_, 2005, after consideration of Plaintiff's Motion to Compel Attendance at Deposition in Aid of Execution, it is hereby ORDERED, ADJUDGED and DECREED that Defendant Kevin L. Tabb shall appear for a deposition in aid of execution at the office of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, on Friday, July 29, 2005 at 1:00 p.m. It is FURTHER ORDERED that Defendant Kevin L. Tabb shall produce at the deposition all of the documents and information set forth in the Notice of Deposition served by Plaintiff's counsel on May 12, 2005.

_____
Chief Judge Donetta W. Ambrose

LIT:364639-1 000004-010359